# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                **CASE NO: 6:18-cr-35-Orl-31GJK**

**KEVIN WEAVER, II**

_____

## ORDER CORRECTING SENTENCE

This Matter comes before the Court *sua sponte*, following a Motion to Correct Sentence filed by the Co-Defendant, Tanganica Corbett (Doc. 95). Defendant Corbett moved to correct the sentence imposed, arguing that the restitution obligation was improper in light of *Lagos v. United States*, 138 S. Ct. 1684 (2018). On July 30, 2018, the government filed a Response in which it agreed the restitution obligation should be removed under *Lagos*. The government also supported removal of the restitution obligation imposed with respect to Kevin Weaver. Accordingly, it is **ORDERED** that the restitution obligation is hereby **REMOVED**.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2018.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant